FILED

03/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 22-0524

IN THE MATTER OF THE ESTATE OF

CARL SCOTT,
                    Deceased.

## ORDER

Upon consideration of the Rocky Mountain Elk Foundation's motion to consolidate, there being no objection, and good cause appearing, Rocky Mountain Elk Foundation's motion is GRANTED. Cause Nos. DA 22-0524 and DA 22-0525 are hereby consolidated under Cause No. DA 22-0524 and henceforth captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 1 2023